Dismissed and Memorandum Opinion filed February 10, 2011.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00076-CR

____________

 

STEACY FISHER, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 412th District Court

Brazoria County, Texas

Trial Court Cause No. 60,024

 



 

MEMORANDUM
OPINION

A written request to withdraw the notice of appeal,
personally signed by appellant, has been filed with this Court.  See Tex. R. App. P. 42.2.  Because this
Court has not delivered an opinion, we grant appellant=s request.

Accordingly, we order the appeal dismissed.  We direct the
Clerk of the Court to issue the mandate of the Court immediately.

PER CURIAM

 

Panel consists of Chief Justice Hedges and Justices Frost and
Christopher.

Do Not Publish — Tex. R. App. P.
47.2(b)